**STATE OF NORTH CAROLINA; North Carolina Dental Board, Plaintiffs—Appellees,**

v.

**Reginald Rex FRAZIER, Sr., on behalf of himself and all citizens of African ancestry, negro dentists, negro lawyers similarly situated, licensed by North Carolina State Statutes and Regulations, Defendant—Appellant,**

and

**Theodore Gabriel Muchiteni, DMD; Roy Cooper, North Carolina Attorney General; Kathryn Michelle Wyndham, Defendants.**

No. 04–1089.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2004.

Decided: June 29, 2004.

Reginald Rex Frazier, Sr., Appellant pro se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Rex Frazier, Sr., appeals the district court's order dismissing his complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Frazier's motion for relief and motion to quash and dismiss. We dismiss the appeal on the reasoning of the district court. *See North Carolina v. Frazier,* No. CA–03–184–4–3H (E.D.N.C. Dec. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*